## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) <br> ) |
| | )    **CIVIL ACTION NO.** |
| **Plaintiff,** | )    1:10-cv-01660-RJL |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **FOX NEWS NETWORK, LLC** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DECLARATION OF YOFI WEINBERG

I, Yofi Weinberg, do hereby state or declare as follows:

1.      I am currently a Federal Investigator with the United States Equal Employment Opportunity Commission in the Washington Field Office.   I have been employed at the Washington Field Office since April 30, 2007.

2.      I was responsible for investigating the underlying charge that provides the basis for the above-captioned lawsuit.

3.      Catherine Herridge filed a charge of discrimination against Fox News Network, LLC (hereinafter "Fox") on September 16, 2008.  Ms. Herridge alleged, *inter alia*, that she was being asked to waive her discrimination complaints and waive her right to future promotion in her proposed 2008 contract.

4.      As part of the investigation of Ms. Herridge's charge of discrimination I conducted on-site interviews with Fox at its attorney's office, Epstein, Becker and Green, PC, in Washington, DC on April 29, 2009.  During the on-site I interviewed three witnesses, including Fox's Senior

Vice-President for Legal and Business Affairs, Dianne Brandi.

5.     Ms. Brandi stated that she was the individual responsible for drafting and negotiating Ms. Herridge's 2008 employment contract.  Ms. Brandi explained that she was its main author, was the lead negotiator, and was the decision-maker concerning which clauses were included in or excluded from the contract.

6.     During my interview with Ms. Brandi she admitted that she added the language in Ms. Herridge's proposed 2008 contract which referenced Ms. Herridge's prior discrimination complaints and indicated that Ms. Herridge would only be an Anchor at Fox's discretion.  Ms. Brandi explained that she added the new language in the proposed agreement because she wanted it to be "crystal clear" to Ms. Herridge that she would only be an Anchor at Fox's discretion and that Fox did not want Ms. Herridge to continue filing discrimination charges that Fox did not think had merit.  I informed Fox that the language could be considered retaliatory.

This declaration is submitted pursuant to the requirements of 28 U.S.C. § 1746.  I declare, under penalty of perjury, that the foregoing is true and correct.

_____
Yofi Weinberg
Federal Investigator

Executed on November 18, 2010