UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
　)
Plaintiff, )
) Civil Case No. 10-1660 (RJL)
v. )
)
FOX NEWS NETWORK, LLC )
)
Defendant. )

ORDER
(August 25, 2011) [#4]

For the reasons set forth above, it is this ___ day of August, 2011 hereby

ORDERED that Defendant Fox News Network's Motion For Summary Judgment [Dkt. #4] is GRANTED, and it is further

ORDERED that the above-captioned case be dismissed with prejudice.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

1